UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ECONOCARIBE CONSOLIDATORS, INC.
*Plaintiff*,

vs.                                                                 CASE NO.:

MERCATOR TRANSPORT HOUSTON
CORPORATION,
*Defendant*.

_____/

## CIVIL COMPLAINT IN ADMIRALTY

COMES NOW, the Plaintiff, ECONOCARIBE CONSOLIDATORS, INC. (hereinafter "ECONOCARIBE"), by and through its undersigned counsel and files herewith this Complaint against MERCATOR TRANSPORT HOUSTON CORPORATION (hereinafter "MERCATOR") and for cause of action *in personam* states as follows:

## THE PARTIES

1. ECONOCARIBE is a non-vessel operating common carrier (NVOCC) that specializes in freight consolidation throughout the United States, with a place of business in Miami-Dade County, Florida.

2. Upon information and belief, at all times hereinafter mentioned, MERCATOR was a Delaware corporation engaged in the business of freight forwarding with a place of business in Houston, Texas.

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. Section 1333.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. ECONOCARIBE is seeking to enforce rights under maritime contracts.

## VENUE

4. Venue in this case is proper. In accordance with the Bill of Lading terms and conditions attached as Exhibit 1, the parties agreed in Paragraph 19 that the United States District Court – Southern District of Florida would have exclusive jurisdiction over disputes arising under said contract.

## FACTUAL ALLEGATIONS

5. On or about October 2011 MERCATOR, as freight forwarder, caused to be delivered certain goods for carriage by ECONOCARIBE to Ghana at the agreed charges to be paid by MERCATOR to ECONOCARIBE pursuant to contracts of affreightment.

6. Thereafter, the said goods were transported by ECONOCARIBE to the ports of destination and delivered to the consignees designated by MERCATOR.

7. ECONOCARIBE has duly performed all duties and obligations required to be performed by the Plaintiff.

8. Defendant has failed and refused to remit payment of $20,765.88 in ocean freight and related charges assessed in accordance with ECONOCARIBE's applicable contracts of affreightment, and defendant is the responsible party to pay such charges. The ocean freight and related charges are contained on the invoice annexed as Exhibit 2.

9. By reason of the foregoing, ECONOCARIBE has sustained damages in the amount of $20,765.88 arising out of defendant's transportation related activities which, although duly demanded, has not been paid by defendant.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $20,765.88 against defendant MERCATOR, together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the

applicable contracts of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Key Biscayne, Florida
        October 21, 2012

                HALLEY & HALLEY, P.A.

                /s/ Thomas V. Halley
                _____
                Thomas V. Halley
                Florida Bar No. 694363
                Co-Counsel for Plaintiff
                200 Crandon Boulevard, Suite 332
                Key Biscayne, Florida  33149
                Telephone:  305-365-1237
                E-mail:  thalley@shiplaw.net


                DEE M. DOLVIN, P.A.

                /s/ Dee M. Dolvin
                _____
                Dee M. Dolvin
                Florida Bar No. 707491
                Co-counsel for Plaintiff
                P.O. Box 310424
                Miami, Florida  33231
                Telephone:  305-318-1919
                E-mail:  Dee@DeeMDolvin.com